DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NICOLE BURLINSON,**
Appellant,

v.

**CRAIG WILSON,**
Appellee.

Nos. 4D21-2956, 4D22-1164 and 4D22-1518

[June 29, 2023]

Consolidated appeals from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Brett M. Waronicki, Judge; L.T. Case No. 432013DR000204.

Nicole Burlinson, Maitland, pro se.

Marshall J. Osofsky of Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***